FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0517

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 24-0517

_____

SHERRI FROST,

      Plaintiff/Appellee/Cross-Appellant,

      v.

KEVIN R. FROST and FROST
RANCHING CORPORATION,

      Defendants/Appellant/Cross-Appellees.

_____

## ORDER GRANTING SHERRI FROST'S UNOPPOSED REQUEST FOR EXTENSION

_____

On Appeal from the Montana Twenty-First Judicial District Court, Ravalli County,
Honorable Jason Marks Presiding

Nicole L. Siefert
Matt Rossmiller
SIEFERT & WAGNER PLLC
1135 Strand Avenue, Suite A
Missoula, MT 59801
Phone: (406) 226-2552
nicole@swl.legal
matt@swl.legal
*Attorneys for Sherri Frost*

Murry Warhank
Erin M. Lyndes
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
Phone: (406) 442-1300
mwarhank@jmgattorneys.com
elyndes@jmgattorneys.com
*Attorneys for Kevin R. Frost*

Curt Drake
Patricia Klanke
Drake Law Firm, P.C.
111 N. Last Chance Gulch, Suite 3J
Helena, MT 59601
Phone: (406) 495-8080
curt@drakemt.com
patricia@drakemt.com
*Attorneys for Frost Ranching
Corporation*

Upon consideration of Appellee/Cross-Appellant Sherri Frost's unopposed Motion for an extension of time to file her Opening/Response Brief, and good cause appearing:

IT IS HEREBY ORDERED that Sherri's Motion is hereby GRANTED. Sherri Frost shall have until January 30, 2025, to file her Opening/Response Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2024